UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Staci Russell,

    Plaintiff,

v.                                     Case No. 20-10221
                                        Honorable Victoria A. Roberts

Three Pillars D/B/A Cornerstone
Education Group, a Michigan non-profit
corporation,

    Defendant.

_____/

## ORDER STRIKING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 22]

The Court reviewed Plaintiff's Motion for Partial Summary Judgment. [ECF No. 22]. The Court **STRIKES** that document for the following reason(s):

☒ Missing statement of concurrence. *See* Local Rule ("LR") 7.1(a).

☒ Missing required information (controlling or most appropriate authority and index of exhibits). *See* LR 7.1(d)(2).

☒ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Section 1(A) of Phase II Scheduling Order (Statement of Material Facts on Motion for Summary Judgment).

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). *See* LR 5.1(a)(2),(3).

☐ Does not comply with Rule 18(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically. *See* LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐ Over-length. *See* LR 7.1(d)(3).

☐ Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☐ Does not comply with the Scheduling Order (or other Order or Notice) in this case for the following reasons: _____
_____.

☐ Other: _____.

The document is stricken and not part of the record. No motions are allowed to be filed until the Court holds a status conference.

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
Dated: 1/11/21                     United States District Judge